**NOT FOR PUBLICATION**

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-14511

Non-Argument Calendar

_____

LAROME DEON WAITERS,

*Petitioner-Appellant,*

*versus*

UNITED STATES OF AMERICA,

*Respondent- Appellee.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:25-cv-00682-TPB-NHA

_____

Before JORDAN, NEWSOM, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction.

Larome Deon Waiters appeals from the district court's judgment denying his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence.  The district court entered its judgment on October 9, 2025.  Waiters's notice of appeal is deemed filed, under the prison mailbox rule, on December 10, 2025.  *See* Fed. R. App. P. 4(c).

Waiters had until December 8, 2025 to appeal the district court's judgment.  *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B).  His notice of appeal, filed on December 10, is thus untimely and cannot invoke our appellate jurisdiction.  *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

All pending motions are DENIED as moot.